# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALEX VITTOZ** | **CIVIL ACTION NO:** _____ |
| **VERSUS** | **SECTION "\_\_", MAGISTRATE \_\_** |
| **GULF LOGISTICS, L.L.C. and C & G BOATS, INC.** | **JUDGE MAGISTRATE** |

## SEAMAN'S COMPLAINT

Plaintiff, Alex Vittoz, an individual of the full age of majority and domiciled in Pensacola, Florida, respectfully represents that:

I.

Made Defendants are:

1. Gulf Logistics, L.L.C., a corporation authorized to and doing business in the State of Louisiana.; and

2. C & G Boats, Inc., a corporation authorized to and doing business in the State of Louisiana.

II.

Jurisdiction of this matter is conferred by 28 U.S.C. 1333 (1) and 46 U.S.C. 688; venue of this action is pursuant to 28 U.S.C. 1391 (b) and (c). This action is filed without the prepayment of costs pursuant to 28 U.S.C. 1916.

III.

On and prior to February 3, 2012, Defendants, Gulf Logistics, L.L.C. and C & G Boats, Inc., owned and operated a vessel known as M/V MISS ANNA MAE.

IV.

On or about February 3, 2012, Defendant, Gulf Logistics, L.L.C., employed Petitioner, Alex Vittoz, as a Jones Act seaman assigned to the aforesaid vessel.

V.

On or about February 3, 2012, Plaintiff fell down the steps of the M/V MISS ANNA MAE, when he was caused to be severely injured as a result of the negligence of Defendants, Gulf Logistics, L.L.C. and C & G Boats, Inc..

VI.

The above-described accident was caused by the negligence of Defendants, Gulf Logistics, L.L.C. and C & G Boats, Inc., its agents, servants, employees or others for whom it is legally responsible in the following, though not exclusive, respects:

A.  In failing to provide Plaintiff a safe place to work free from hazards;

B.  Providing Plaintiff with unsafe walkways which lacked the appropriate non-skid material;

C.  Failing to maintain the vessel and keep it in a safe and secure environment; and

D.  Other acts of negligence to be shown after proper discovery.

VII.

Because of the injuries sustained by Plaintiff, Alex Vittoz, he is totally and permanently disabled, has suffered grievous physical and mental pain and anguish, loss of bodily function, and embarrassment, and is entitled to recover from Defendants, Gulf Logistics, L.L.C. and C & G Boats, Inc., the sum of ONE MILLION AND NO/100 ($1,000,000.00) DOLLARS.

## SECOND CAUSE OF ACTION

And now, Plaintiff, Alex Vittoz, alleges a second cause of action based on the general maritime law and reiterates all of the allegations contained in the foregoing paragraphs.

VIII.

Under the general maritime law, it was the duty of Defendants, Gulf Logistics, L.L.C. and C & G Boats, Inc., to furnish their employees with a safe place to work, with safe gear and appurtenances, equipment, and with an adequate crew and a seaworthy vessel.

IX.

Plaintiff shows that at the time and place of the occurrence of the accident on or about, Plaintiff was working aboard a vessel and performing the type of work traditionally performed by seamen and therefore was owed the warranty of seaworthiness by Gulf Logistics, L.L.C. and C & G Boats, Inc.

X.

Plaintiff avers that the failure of Gulf Logistics, L. L. C. and C & G Boats, Inc. to provide Plaintiff with a safe place to work, and with reasonable working conditions, and with an adequate and competent crew, renders the M/V MISS ANNA MAE unseaworthy and that the unseaworthiness was a proximate cause of Plaintiff's accident and the injuries and the resulting illness and disability.

### THIRD CAUSE OF ACTION

Now, Plaintiff, Alex Vittoz, alleges a third cause of action under the Federal Rules of Civil Procedure for wages, maintenance and cure, past and future, and reiterates all of the allegations contained in the first two causes of action.

XI.

Plaintiff avers that he is entitled additionally to wages, maintenance and cure for those periods from approximately February 3, 2012 at the rate of TWENTY-FIVE AND NO/100 ($25.00) DOLLARS per day, and to an undetermined date in the future during which he is unable to work and perform his duties as a seaman and has not reached maximum cure, which Plaintiff estimates to be in the sum of FIFTY THOUSAND AND NO/100 ($50,000.00) DOLLARS, and for compensatory damages and attorney's fees in the event he is required to pursue by proper procedure the recovery of said maintenance and cure.

### JURY DEMAND

That pursuant to the provisions of the aforesaid 46 U.S.C. 688 et seq, more

commonly known as the Jones Act, Plaintiff is entitled to and demands a trial by jury on all issues related herein.

**WHEREFORE,** Plaintiff, Alex Vittoz, demands a judgment against Defendants, Gulf Logistics, L.L.C. and C & G Boats, Inc., in the sum of ONE MILLION AND NO/100 ($1,000,000.00) DOLLARS, together with legal interest from date of injury, together with all costs and disbursements of this action and for all appropriate and general relief and for a trial by jury.

Plaintiff further demands against Defendants, Gulf Logistics, L.L.C. and C & G Boats, Inc., for wages, maintenance and cure in the sum of FIFTY THOUSAND AND NO/100 ($50,000.00) DOLLARS; and in the event it becomes necessary to pursue collection of maintenance and cure, Plaintiff demands compensatory damages and attorney's fees.

Plaintiff further prays for all general, legal, equitable, and maritime relief available to him under the laws of the United States, and for a civil trial by jury.

                                                                       Respectfully submitted,

                                                                  */s/ C. Arlen Braud, II*
                                                      C. ARLEN BRAUD, II, #20719 (TA)
                                                      MICHELLE O. GALLAGHER, #23886
                                                      MEGAN E. ALGERO, #32988
                                                      Braud & Gallagher, L.L.C.
                                                      111 N. Causeway Blvd., Ste. 201
                                                      Mandeville, LA 70448
                                                      Telephone:  (985) 778-0771
                                                      Facsimile:   (985) 778-0781

**INFORMATION FOR SERVICE:**
**BY WAIVER OF SERVICE IN**
**ACCORDANCE WITH FRCP**
**RULE 4(d)**

Gulf Logistics, L.L.C.
through its registered agent,
Neil G. Vincent
11828 Highway 1
Larose, LA 70373

C & G Boats, Inc.
through its registered agent,
Albert A. Cheramie
143 Cheramie Lane
Golden Meadow, LA 70357